THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JULIUS GIBBS, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued May 6, 1927; decided May 20, 1927.)

APPEAL from a judgment of the Supreme Court, rendered February 3, 1927, at a Trial Term for the county of Erie upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edwin Gaw Flanigen* and *Edward A. Gilroy* for appellant.

*Guy B. Moore, District Attorney* (*Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.